UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GORDON D. SONDLAND, *Plaintiff,* v. MICHAEL R. POMPEO, individually, and THE UNITED STATES OF AMERICA, *Defendants.* | Civil Action No. 21-1405 (RJL) |

**AMENDED NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS
AGAINST DEFENDANT
MICHAEL R. POMPEO WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Gordon D. Sondland ("Plaintiff"), by and through his counsel, hereby gives notice of the voluntary dismissal of all claims in this action as to Defendant Michael R. Pompeo ("Pompeo") in his individual capacity without prejudice. In the avoidance of any doubt, Plaintiff is dismissing claims two, three, and four from his Complaint without prejudice in their entirety. Pompeo has not yet served an answer or moved for summary judgment. Under Rule 41(a)(1)(B), such dismissal is without prejudice.

Respectfully submitted,

_____
MARK A. BARONDESS, Esq.
(DC Bar No. 391597)
Attorney for Plaintiff
**MILLER BARONDESS LLP**
1999 Avenue of the Stars
Suite 1000
Los Angeles, California 90067
Telephone:  (310) 552-4400
Facsimile:   (310) 552-8400
E-Mail: mbarondess@millerbarondess.com

## **CERTIFICATE OF SERVICE**

I certify that an exact and true copy of the foregoing was served by the Electronic Court Filing system on this 12th day of August, 2021, to the following:

Jane M. Lyons
U.S. ATTORNEY'S OFFICE for D.C. Civil Division
555 Fourth Street, NW, Washington, DC 20530
Tel: (202) 252-2540
Fax: (202) 252-2599
Email: jane.lyons@usdoj.gov
Attorney for Defendant United States of America

Respectfully submitted,

_____
MARK A. BARONDESS, Esq.
(DC Bar No. 391597)
Attorney for Plaintiff
**MILLER BARONDESS LLP**
1999 Avenue of the Stars
Suite 1000
Los Angeles, California 90067
Telephone:  (310) 552-4400
Facsimile:   (310) 552-8400
E-Mail: mbarondess@millerbarondess.com