# In the United States Court of Federal Claims

No. 21-2083C
(Filed: April 28, 2022)

```
*****************************************
GORDON D. SONDLAND,                      *
                                         *
                  Plaintiff,             *
                                         *
v.                                       *
                                         *
THE UNITED STATES,                       *
                                         *
                  Defendant.             *
*****************************************
```

**<u>ORDER</u>**

On April 26, 2022, the parties in the above-captioned case filed their joint preliminary status report.  In the report, the parties proposed differing discovery schedules.  The court adopts defendant's proposal and enters the following discovery schedule:

- The parties shall exchange initial disclosures **no later than Friday, June 10, 2022**.

- The parties shall serve requests for production of documents **beginning Monday, June 13, 2022**, and document production will conclude **no later than Friday, October 14, 2022**.

- The parties shall serve interrogatories and requests for admission **between Wednesday, July 13, 2022**, and **Monday, February 13, 2023**.

- The parties shall conduct fact witness depositions **between Monday, October 17, 2022**, and **Friday, March 17, 2023**.

- Fact discovery shall close **on Friday, March 17, 2023**.

Then, **no later than Friday, March 24, 2023**, the parties shall file a joint status report suggesting further proceedings.  If the parties express their intent to engage in settlement discussions, they shall indicate whether they would like the case assigned to a settlement judge and propose a deadline for filing a joint status report to update the court on their settlement efforts.  If the parties instead express their intent to file dispositive motions, they shall propose a briefing schedule.  Although the parties proposed briefing dispositive motions concurrently, the court strongly prefers staggered briefing, with one party filing a dispositive motion and the other party filing a response and cross-motion.  However, the court will entertain simultaneous motions if the parties find it necessary.

If the parties encounter any issues during discovery that would benefit from the court's assistance, they are encouraged to contact the court to schedule a status conference as soon as practicable.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Senior Judge
