# In the United States Court of Federal Claims

No. 21-2083C
(Filed: November 29, 2022)

```
*****************************************
GORDON D. SONDLAND,                       *
                                          *
                  Plaintiff,              *
                                          *
v.                                        *
                                          *
THE UNITED STATES,                        *
                                          *
                  Defendant.              *
*****************************************
```

**ORDER**

    On November 28, 2022, defendant filed an unopposed motion to extend the deadline for the production of one category of documents. Specifically, defendant expects to meet the court's deadline for document production, December 2, 2022, except for documents "under control of the White House." Def.'s Mot. 1. For the reasons stated in the motion, the court **GRANTS** defendant's motion and revises the discovery deadlines in this matter as follows:

- Document production, except as specified below, will conclude **no later than Friday, December 2, 2022**.

- Document production involving documents under the control or custody of the White House will conclude **no later than Thursday, March 2, 2023**.

- The parties shall serve interrogatories and requests for admission **no later than Monday, April 3, 2023**.

- The parties shall conduct fact witness depositions **between Monday, December 5, 2022**, and **Friday, May 5, 2023**.

- Fact discovery shall close **on Friday, May 5, 2023**.

    Then, **no later than Friday, May 12, 2023**, the parties shall file a joint status report suggesting further proceedings. If the parties express their intent to engage in settlement discussions, they shall indicate whether they would like the case assigned to a settlement judge and propose a deadline for filing a joint status report to update the court on their settlement efforts. If the parties instead express their intent to file dispositive motions, they shall propose a briefing schedule. Although the parties proposed briefing dispositive motions concurrently, the court strongly prefers staggered briefing, with one party filing a dispositive motion and the other

-2-

party filing a response and cross-motion.  However, the court will entertain simultaneous motions if the parties find it necessary.

If the parties encounter any issues during discovery that would benefit from the court's assistance, they are encouraged to contact the court to schedule a status conference as soon as practicable.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney  
MARGARET M. SWEENEY  
Senior Judge
