No. 21-2083C
(Judge Honorable Margaret M. Sweeney)

UNITED STATES COURT OF FEDERAL CLAIMS

GORDON D. SONDLAND

Plaintiff,

v.

THE UNITED STATES OF AMERICA

Defendant.

NOTICE OF CHANGE OF ADDRESS

January 26, 2023

MILLER BARONDESS, LLP
Mark A. Barondess
mbarondess@millerbarondess.com
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 552-4400
Facsimile:  (310) 552-8400

Attorneys for GORDON D. SONDLAND

596518.1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GORDON D. SONDLAND<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES OF AMERICA<br><br>　　　　Defendant. | No. 21-2083C<br>(Judge Honorable Margaret M. Sweeney) |

NOTICE OF CHANGE OF ADDRESS

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that effective January 27, 2023, the law offices of Miller Barondess, LLP, attorneys of record for Plaintiff GORDON D. SONDLAND in the above-captioned matter, have relocated their Los Angeles office. Please send all future correspondence and pleadings to:

　　MARK A. BARONDESS
　　MILLER BARONDESS, LLP
　　2121 Avenue of the Stars, Suite 2600
　　Los Angeles, CA   90067

　　The telephone and facsimile numbers and email addresses remain the same.

January 26, 2023　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　_/s/_
　　　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　MILLER BARONDESS, LLP
　　　　　　　　　　　　　　　　　　　　　　　　1999 Avenue of the Stars, Suite 1000
　　　　　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90067
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (310) 552-4400
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (310) 552-8400
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for GORDON D. SONDLAND

596518.1　　　　　　　　　　　　　　　　　　　1

**CERTIFICATE OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of .  My business address is 1999 Avenue of the Stars, Suite 1000, Los Angeles, CA 90067.

On January 26, 2023, I served true copies of the following document(s) described as:

**NOTICE OF CHANGE OF ADDRESS**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 26, 2023, at Los Angeles, California.

Tahira Murphy

**SERVICE LIST**
**Gordon D. Sondland v. The United States of America**
**Case No. 1:21-cv-2083C-MMS**

| | |
|---|---|
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General | Attorneys for:<br>*THE UNITED STATES OF AMERICA* |

PATRICIA M. McCARTHY
Director

STEVEN J. GILLINGHAM
Assistant Director

WILLIAM J. GRIMALDI
Assistant Director
william.j.grimaldi@usdoj.gov

GEOFFREY M. LONG
Senior Trial Counsel
Geoffrey.M.Long@usdoj.gov

JOSHUA W. MOORE
Trial Attorney
Joshua.W.Moore@usdoj.gov

Commercial Litigation Branch
Civil Division, Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0471
E-mail: william.j.grimaldi@usdoj.gov