IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GORDON D. SONDLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 21-2083C |
| v. | ) | (Judge Sweeney) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |

**<u>DEFENDANT'S CONSENTED MOTION TO EXTEND DISCOVERY DEADLINES</u>**

Defendant, the United States, respectfully requests that the Court extend certain discovery deadlines set forth in the Court's November 22, 2022 Order (ECF No. 40). This is our third request for an extension of a discovery deadline. We have discussed the matter with Ambassador Sondland's counsel, who has informed us that he consents to this motion.

Since entry of the Court's initial order setting a schedule for discovery for this case, both parties have encountered discovery delays of various types. Although the parties have worked together to accommodate these delays within the current schedule, an extension of the discovery deadlines is necessary to complete the efforts. Specifically, given the need for plaintiff to produce additional documents and for defendant to comply with the requirements of the Presidential Records Act in the collection of White House documents, an extension to the deadline for production of documents, together with corresponding extensions to related subsequent deadlines, is necessary.

Defendant therefore seeks an extension to the deadline for production of documents, together with corresponding extensions to other related deadlines. Specifically, defendant requests the following extensions:

| Event | Current deadline pursuant to ECF No. 40 | Proposed new deadline |
|---|---|---|
| Deadline for plaintiff's production of documents | December 2, 2022 | February 17, 2023 |
| Deadline for production of documents involving documents under the control or custody of the White House | March 2, 2023 | April 6, 2023 |
| Deadline for service of interrogatories and requests for admission | April 3, 2023 | June 19, 2023 |
| Commencement of period for fact witness depositions | December 5, 2022 | March 1, 2023 |
| Conclusion of period for fact witness depositions | May 5, 2023 | August 1, 2023 |
| Close of fact discovery | May 5, 2023 | August 1, 2023 |
| Joint Status Report suggesting further proceedings | May 12, 2023 | August 8, 2023 |

For the foregoing reasons, we request that the Court grant this motion and enter an order extending the discovery deadlines as set forth above.

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

s/Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/William J. Grimaldi
WILLIAM J. GRIMALDI
Assistant Director
GEOFFREY M. LONG
Senior Trial Counsel

2

JOSHUA W. MOORE
KELLY GEDDES
Trial Attorneys
Commercial Litigation Branch
Civil Division, Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0471
E-mail: william.j.grimaldi@usdoj.gov

Attorneys for Defendant

OF COUNSEL:

ISAAC D. WEBB
Attorney-Adviser
Office of the Legal Adviser
U.S. Department of State

MICHAEL ZUBROW
Attorney-Adviser
Office of the Legal Adviser
U.S. Department of State

Dated: January 31, 2023