IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GORDON D. SONDLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 21-2083C |
| v. | ) | (Judge Smith) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's June 3, 2024 order, plaintiff, Gordon D. Sondland, and defendant, the United States, respectfully submit this joint status report proposing next steps following the conclusion of fact discovery.

The United States intends to file a motion for summary judgment, which plaintiff will oppose. Accordingly, the parties propose the following schedule:

September 27, 2024: Defendant's deadline to file a motion for summary judgment;

October 25, 2024: Plaintiff's deadline to file a response to defendant's motion; and

November 15, 2024: Defendant's deadline to file a reply in support of its motion for summary judgment.

The parties respectfully request that the Court enter the deadlines as set forth above and to set this matter for trial in the first quarter of 2025, pending the disposition of the defendant's motion.

|  |  |
|---|---|
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>s/Steven J. Gillingham<br>STEVEN J. GILLINGHAM<br>Assistant Director<br><br>s/William J. Grimaldi<br>WILLIAM J. GRIMALDI<br>Assistant Director<br>GEOFFREY M. LONG<br>Senior Trial Counsel<br>JOSHUA W. MOORE<br>KELLY GEDDES<br>Trial Attorneys<br>Commercial Litigation Branch<br>Civil Division, Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 616-0471<br>E-mail: william.j.grimaldi@usdoj.gov<br><br>OF COUNSEL:<br><br>MICHAEL ZUBROW<br>Attorney-Advisor<br>Office of the Legal Adviser<br>U.S. Department of State<br><br>Attorneys for Defendant<br><br>Dated: September 4, 2024 | Respectfully submitted,<br><br>s/Mark A. Barondess<br>MARK A. BARONDESS<br>MILLER BARONDESS LLP<br>2121 Avenue of the Stars<br>26th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 552-4400<br>Facsimile: (310) 552-8400<br>Email: mbarondess@millerbarondess.com<br><br>Attorneys for Gordon D. Sondland |