# In the United States Court of Federal Claims

No. 21-2083
Filed: January 3, 2025

|  |  |
|---|---|
| GORDON D. SONDLAND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

**ORDER**

On January 2, 2025, defendant moved to amend the trial schedule issued on December 16, 2024, because of "the unavailability of a material witness for the defendant, namely former Secretary of State Micheal R. Pompeo," during the February trial. Defendant's Motion to Amend Scheduling Order at 1, ECF No. 64 [hereinafter Def.'s Mot.]. Plaintiff opposes this extension, and plans on responding to this Motion later. *Id.*

While the trial is currently set for February 10, 2025, through February 12, 2025, *see generally* Pretrial Order, ECF No. 63, former Secretary Pompeo will be in Asia during that time, but he is available on January 30, 2025. Def.'s Mot. at 2. Consistent with discussions with the parties, the Court **SHALL** hear in-person testimony from former Secretary Pompeo on **January 30, 2025, at 10:00 AM EST**. This decision does not prevent plaintiff from exercising his right to respond to defendant's Motion if he so chooses. The rest of the pre-trial schedule remains unchanged, until ordered otherwise. *See generally* Pretrial Order, ECF No. 63

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge