IN THE UNITED STATES COURT OF FEDERAL CLAIMS

GORDON D. SONDLAND

    Plaintiff,

v.

THE UNITED STATES OF AMERICA

    Defendant.

No. 21-2083C
(Judge Honorable Loren A. Smith)

## PLAINTIFF'S EXHIBIT LIST

| No. | Description | Offered | Authenticity Stipulation | Admissibility Stipulation | Admitted |
|---|---|---|---|---|---|
| 1. | Plaintiff's Amended Complaint [Dkt. 25] | | | | |
| 2. | Westfall Certification [Dkt. 12] | | | | |
| 3. | 09-26-2019 Email from McDermott to Lisa Kenna re Payment of Fees | | | | |
| 4. | 09-27-2019 Letter to Pompeo re Depo Schedule - US0000921-0000924 | | | | |
| 5. | 09-27-2019 Letter to Sondland from Engel and Schiff re Deposition Appearance on 10-10-2019 | | | | |
| 6. | 09-29-2019 Luskin email to String, Sondland, McDermott, Kenneth Thomas and Geneva Sarni re Compliance with RFD Requests | | | | |

712845.1

1

| | | | | | |
|---|---|---|---|---|---|
| 7. | 10-04-2019 Email from McDermott to Marik String re Claims for Costs | | | | |
| 8. | 10-07-2019 Letter to Luskin from Brian Bulatao re Instructions Not to Appear | | | | |
| 9. | 10-21-2019 Email from Carol Leonnig to Luskin re scope of depo and documents (PH_02891-02892) | | | | |
| 10. | 10-08-2019 Email from Sondland to Pompeo re Prep for Testimony | | | | |
| 11. | 10-08-2019 Letter to Sondland from Adam Schiff; Elijah Cummings re Deposition Appearance on 10-16-2019 | | | | |
| 12. | 10-14-2019 Letter to Sondland from Adam Schiff; Elijah Cummings re Depo on 10-17-2019 | | | | |
| 13. | 10-25-2019 Email re payments made (SONDLAND_000653-000717 | | | | |
| 14. | 11-04-2019 Declaration of Gordon Sondland | | | | |
| 15. | 11-07-2019 Email from Clifton Johnson to Sondland re Info on Assistance with Private Counsel Fees | | | | |
| 16. | 11-12-2019 Subpoena to Gordon Sondland | | | | |
| 17. | 11-21-2019 Senate Letter to Pompeo (US0001899-1900) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 18. | 11-24-2019 Email from Robert Luskin to Marik String re DOS Legal Assistance Program | | | | |
| 19. | 12-09-2019 Email from Roberts to Marik String with Sondland invoices | | | | |
| 20. | 01-28-2020 Email from Sondland to Bechbuhl re Payment of Sondland invoices | | | | |
| 21. | 02-06-2020 Schedule for T. Ulrich Bechbuhl | | | | |
| 22. | 02-24-2020 Email from Jim McDermott to Sondland re Inquiry on Status of Legal Fees | | | | |
| 23. | 03-04-2020 - Email from Luskin to Liberman re Partial Reimbursement | | | | |
| 24. | 06-09-2020 Email from Burke to Luskin re DOS reimbursement (Burck Ex. 2) | | | | |
| 25. | 06-23-2020 letter from Paul Hastings to Marik String re Final Attempt for Payment of Fees | | | | |
| 26. | 08-28-2020 Email from Luskin to String re Sondland reimbursement (US0001151) | | | | |
| 27. | 09-10-2020 Email from Luskin to Marik String re Phone Call re Assurances to Sondland re Reimbursement of Expenses in Full | | | | |
| 28. | 09-24-2020 Email from Burck to Luskin re connecting with Pompeo | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 29. | Defendant Response to Plaintiff's Interrogatories | | | | |
| 30. | Handwritten Notes of Kwame Manley | | | | |
| 31. | Itemization of Monies Due to Sondland | | | | |
| 32. | Notes of James McDermott | | | | |

Additionally, Plaintiff reserves the right to introduce either portions of deposition transcripts or the transcripts in their entirety as trial exhibits.

January 28, 2025                                   Respectfully submitted,

                                                   _____
                                                   MARK A. BARONDESS
                                                   (DC Bar No. 391597)
                                                   MILLER BARONDESS, LLP
                                                   2121 Avenue of the Stars, Suite 2600
                                                   Los Angeles, California 90067
                                                   Telephone: (310) 552-4400
                                                   Facsimile: (310) 552-8400

                                                   Attorneys for GORDON D. SONDLAND

712845.1                                    4

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of January, 2025, I electronically filed the foregoing **PLAINTIFF'S EXHIBIT LIST** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

BRIAN M. BOYNTON  
Principal Deputy Assistant Attorney General

Attorneys for:  
THE UNITED STATES OF AMERICA

PATRICIA M. McCARTHY  
Director

STEVEN J. GILLINGHAM  
Assistant Director

WILLIAM J. GRIMALDI  
Assistant Director  
Email: william.j.grimaldi@usdoj.gov

GEOFFREY M. LONG  
Senior Trial Counsel  
Email: Geoffrey.M.Long@usdoj.gov

JOSHUA W. MOORE  
Trial Attorney  
Email: Joshua.W.Moore@usdoj.gov

Commercial Litigation Branch  
Civil Division, Department of Justice  
P.O. Box 480  
Ben Franklin Station  
Washington, D.C. 20044  
Telephone: (202) 616-0471  
Email: william.j.grimaldi@usdoj.gov

Respectfully Submitted,

_____  
MARK A. BARONDESS (DC Bar No. 391597)  
Attorney for Plaintiff  
MILLER BARONDESS LLP  
2121 Avenue of the Stars, 26th Floor  
Los Angeles, California 90067  
Telephone: (310) 552-4400; Fax: (310) 552-8400  
Email: mbarondess@millerbarondess.com