IN THE UNITED STATES COURT OF FEDERAL CLAIMS

GORDON D. SONDLAND

    Plaintiff,

v.

THE UNITED STATES OF AMERICA

    Defendant.

No. 21-2083C
(Judge Honorable Loren A. Smith)

## PLAINTIFF'S WITNESS LIST

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Gordon D. Sondland ("Plaintiff") hereby lists those persons whose testimony Plaintiff expects to offer at the hearing in this matter, either orally or by deposition testimony:

1. Gordon Sondland
2. Robert Luskin
3. Kwame Manley
4. James McDermott

In addition, Plaintiff hereby reserves the right to:

1. Supplement this list as necessary and appropriate;
2. Call rebuttal and/or impeachment witnesses as necessary and appropriate; and/or,
3. Call witnesses listed by or on behalf of any other party to this action.

January 28, 2025

Respectfully submitted,

_____
MARK A. BARONDESS
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for GORDON D. SONDLAND

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of January, 2025, I electronically filed the foregoing **PLAINTIFF'S WITNESS LIST** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

BRIAN M. BOYNTON  
Principal Deputy Assistant Attorney General

Attorneys for:  
THE UNITED STATES OF AMERICA

PATRICIA M. McCARTHY  
Director

STEVEN J. GILLINGHAM  
Assistant Director

WILLIAM J. GRIMALDI  
Assistant Director  
Email: william.j.grimaldi@usdoj.gov

GEOFFREY M. LONG  
Senior Trial Counsel  
Email: Geoffrey.M.Long@usdoj.gov

JOSHUA W. MOORE  
Trial Attorney  
Email: Joshua.W.Moore@usdoj.gov

Commercial Litigation Branch  
Civil Division, Department of Justice  
P.O. Box 480  
Ben Franklin Station  
Washington, D.C. 20044  
Telephone: (202) 616-0471  
Email: william.j.grimaldi@usdoj.gov

Respectfully Submitted,

_____  
MARK A. BARONDESS (DC Bar No. 391597)  
Attorney for Plaintiff  
MILLER BARONDESS LLP  
2121 Avenue of the Stars, 26th Floor  
Los Angeles, California 90067  
Telephone: (310) 552-4400; Fax: (310) 552-8400  
Email: mbarondess@millerbarondess.com