IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GORDON D. SONDLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 21-2083C |
| | ) | (Senior Judge Smith) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S UNOPPOSED MOTION TO PROHIBIT DISCLOSURE OF TRIAL TESTIMONY

Pursuant to Rule 615(b) of the Federal Rules of the Evidence, defendant, the United States, respectfully requests that the Court enter an order that prohibits disclosure of trial testimony to non-party witnesses who have not yet testified at trial. Pursuant to Rule 615(b), witnesses who have testified at trial should not be permitted to discuss their trial testimony with non-party witnesses who have not yet testified at trial; and parties and attorneys should not be permitted to relate, in any form, the substance of previous trial testimony to non-party witnesses who have not yet testified at trial. *See Dairyland Power Co-op. v. United States*, No. 04-106, 2008 WL 5122339, at *23 (Fed. Cl. 2008). Plaintiff Gordon D. Sondland, through counsel, indicated that he does not oppose this motion.

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

*/s/ Steven J. Gillingham*
STEVEN J. GILLINGHAM
Assistant Director

*/s/ William J Grimaldi*
WILLIAM J. GRIMALDI
Assistant Director
GEOFFREY M. LONG
Senior Trial Counsel
JOSHUA D. TULLY
CATHERINE M. YANG
Trial Attorneys
Commercial Litigation Branch

OF COUNSEL:

MICHAEL ZUBROW
Attorney-Adviser, L/M
Office of the Legal Adviser
U.S. Department of State

Civil Division, Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0471
E-mail: william.j.grimaldi@usdoj.gov

January 31, 2025

Attorneys for Defendant