# In the United States Court of Federal Claims

No. 21-2083

Filed: January 31, 2025

|  |  |
|---|---|
| GORDON D. SONDLAND, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

**ORDER**

     Defendant moves unopposed to prohibit disclosure of trial testimony pursuant to Rule 615(b) of the Federal Rules of Evidence, ECF No. 74. Pursuant to the Court's in-person oral decision on January 30, 2025, the Court **GRANTS** defendant's Motion, ECF No. 74, and, thus, the parties are prohibited from disclosing, ***in any form***, the substance of previous trial testimony to non-party witnesses who have not yet testified at trial.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge