IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GORDON D. SONDLAND,  )<br>    )<br>    )<br>    Plaintiff,  )<br>    )      No. 21-2083C<br>    v.  )      (Judge Smith)<br>    )<br>UNITED STATES,  )<br>    )<br>    Defendant.  )  | |

## JOINT STATUS REPORT

Pursuant to the Court's February 3, 2025 order, plaintiff, Gordon D. Sondland, and defendant, the United States, respectfully submit this joint status report informing the Court that the parties have not reached a settlement. The parties respectfully request that the Court proceed with the scheduled trial.

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

s/Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/William J. Grimaldi
WILLIAM J. GRIMALDI
Assistant Director
GEOFFREY M. LONG
Senior Trial Counsel
JOSHUA D. TULLY
CATHERINE M. YANG

s/Mark A. Barondess
MARK A. BARONDESS
MILLER BARONDESS LLP
2121 Avenue of the Stars
26th Floor
Los Angeles, CA 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400
Email: mbarondess@millerbarondess.com

Attorneys for Gordon D. Sondland

Trial Attorneys
Commercial Litigation Branch
Civil Division, Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0471
E-mail: william.j.grimaldi@usdoj.gov

OF COUNSEL:

MICHAEL ZUBROW
Attorney-Advisor
Office of the Legal Adviser
U.S. Department of State

Attorneys for Defendant

Dated: February 6, 2025