IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GORDON D. SONDLAND, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 21-2083C |
| v. | ) | (Judge Smith) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's order dated February 11, 2025 (ECF No. 82), plaintiff, Gordon D. Sondland, and defendant, the United States, respectfully submit this joint status report proposing a schedule for post-trial activities in this matter:

- Plaintiff's post-trial brief:   To be filed within 10 days of the filing of the certified transcript in the Court's electronic case filing system.

- Defendant's post-trial brief:   To be filed within 14 days of the filing of plaintiff's post-trial brief.

- Plaintiff's post-trial reply brief:   To be filed within 7 days of the filing of defendant's post-trial brief.

- Closing arguments:   To be held in person at the Court's convenience.

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

/s/William J. Grimaldi
WILLIAM J. GRIMALDI
Assistant Director
GEOFFREY M. LONG
Senior Trial Counsel
JOSHUA D. TULLY
CATHERINE M. YANG
Trial Attorneys
Commercial Litigation Branch
Civil Division, Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0471
E-mail: william.j.grimaldi@usdoj.gov

OF COUNSEL:

MICHAEL ZUBROW
Attorney-Advisor
Office of the Legal Adviser
U.S. Department of State

Attorneys for Defendant

Dated: February 6, 2025

/s/Mark A. Barondess
MARK A. BARONDESS
MILLER BARONDESS LLP
2121 Avenue of the Stars
26th Floor
Los Angeles, CA 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400
Email: mbarondess@millerbarondess.com

Attorneys for Gordon D. Sondland

2