IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GORDON D. SONDLAND, )<br>)<br>)<br>Plaintiff, )<br>) No. 21-2083C<br>v. ) (Judge Smith)<br>)<br>UNITED STATES, )<br>)<br>Defendant. ) | |

## JOINT STATUS REPORT

The parties, plaintiff, Gordon D. Sondland, and defendant, the United States, respectfully submit this joint status report. On February 21, 2025, the parties executed a settlement agreement. The agreement requires a payment by the defendant to the plaintiff and upon completion, the parties will jointly stipulate to dismissal of this matter with prejudice. The parties respectfully request that the Court stay proceedings in this matter pending the payment per the terms of the parties' settlement agreement.

|  |  |
|---|---|
|  | Respectfully submitted, |
| MICHAEL D. GRANSTON<br>Deputy Assistant Attorney General | s/Mark A. Barondess<br>MARK A. BARONDESS<br>MILLER BARONDESS LLP |
| PATRICIA M. McCARTHY<br>Director | 2121 Avenue of the Stars<br>26th Floor<br>Los Angeles, CA 90067 |
| s/Steven J. Gillingham<br>STEVEN J. GILLINGHAM<br>Assistant Director | Telephone: (310) 552-4400<br>Facsimile: (310) 552-8400<br>Email: mbarondess@millerbarondess.com |
| s/William J. Grimaldi<br>WILLIAM J. GRIMALDI<br>Assistant Director | Attorneys for Gordon D. Sondland |

GEOFFREY M. LONG
Senior Trial Counsel
JOSHUA D. TULLY
CATHERINE M. YANG
Trial Attorneys
Commercial Litigation Branch
Civil Division, Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0471
E-mail: william.j.grimaldi@usdoj.gov

OF COUNSEL:

MICHAEL ZUBROW
Attorney-Advisor
Office of the Legal Adviser
U.S. Department of State

Attorneys for Defendant

Dated: February 25, 2025